UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA OF QUALCOMM INCORPORATED<br><br>TOT POWER CONTROL, S.L.,<br>                Plaintiff,<br>v.<br>LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.,<br>                Defendants. | Case No.: 3:24-cv-00625-H-VET<br><br>**ORDER ON JOINT MOTION FOR APPROVAL OF STIPULATION AND REQUEST FOR ORDER**<br><br>[Doc. No. 14]<br>[Doc. No. 5] |

Before the Court is Plaintiff TOT Power Control, S.L. ("TOT") and Third-Party Qualcomm Inc.'s ("Qualcomm") Joint Motion for Approval of Stipulation and Request for Order (the "Joint Motion"). Doc. No. 14. TOT and Qualcomm jointly request a two-week extension on briefing schedules related to TOT's Motion to Compel Rule 30(b)(6) Testimony and Document Production from Qualcomm ("Motion to Compel"). *Id.*; *see also* Doc. No. 1. Currently, Qualcomm's response to the Motion to Compel is due May 20, 2024 and TOT's reply is due May 27, 2024. *See* Doc. No. 12.

This is the parties' second request for an extension on the briefing schedules. The parties represent the extension will provide the U.S. District Court for the District of Delaware time to address related discovery issues following a May 15, 2024 discovery hearing in the underlying action. Doc. No. 14-1 at 1. The discovery hearing involves discovery issues that may impact and potentially resolve the Motion to Compel before this Court. *Id.*

Based on a review of the record and the Joint Motion, and good cause appearing, the Court **GRANTS** the Joint Motion and **AMENDS** the Order Setting Briefing Schedule (Doc. No. 5) as follows:

1. Qualcomm's responses are due **June 3, 2024**.
2. TOT shall file a reply, if any, no later than **June 10, 2024**.

Any further requests for extensions shall be supported by declaration from counsel explaining why the issue cannot be resolved before June 3, 2024.

TOT must serve a copy of this order on Qualcomm and LG by **May 17, 2024** and file a proof of service.

**IT IS SO ORDERED**.

Dated: May 16, 2024

Honorable Valerie E. Torres
United States Magistrate Judge